4/22/2022

First Captain United States District Court

For the District of Columbia

USA vs. Tyona Renee Kidd

Case #13CR337

Motion for Expungement of Criminal Record

I Tyona Renee Kidd am requesting an expungement of my criminal record due to employment. I am a Operations manager at BWI airport working for Bradford Airport Logistics. I need to be able to go through TSA if there are any issues with my employees. I would need to have this charge removed from my record.

If you are not able to remove the charge from my record, can you please give permission to my employer to be able to perform normal duties & receive a TSA badge for passing through the airport to assist my employees.

Please kindly consider this request.

Respectfully Submitting,

Tyona R. Kidd

Certificate of Service

I certify that a cop of this motion was served

To the United States Attorney Office

At Mervin Arthur Bourne Jr.

555 4th St. NW

